UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Kelly Harper,                                    File No. 23-cv-1247 (ECT/LIB)

      Petitioner,

v.
                                                  OPINION AND ORDER

Warden of FCI Waseca,

      Respondent.

---

On June 7, 2023, the Court denied Plaintiff Kelly Harper's pro se petition for writ of habeas corpus. ECF No. 22. In the June 7 order, Harper was directed that "[w]ithin 30 days of the date of [the] order, [she] may file an amended pleading styled as a civil-rights complaint raising her remaining claims," but "[i]f she [did] not file an amended pleading in the time permitted, this matter [would] be dismissed without prejudice." *Id*. at 6. More than 30 days have passed, and Harper has not filed an amended complaint. Accordingly, this action is **DISMISSED** without prejudice. Harper's application to proceed in forma pauperis in District Court, ECF No. 32, filed after she already submitted her filing fees, *see* ECF No. 13, is **DENIED AS MOOT**.

                                **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: July 13, 2023                          s/ Eric C. Tostrud
                                                            Eric C. Tostrud
                                                            United States District Court